TRULINCS 76222004 - COLOMER, CRISTOBAL - Unit: HAF-N-C

----------------------------------------------------------------------------

FROM: 76222004
TO:
SUBJECT: Letter to Judge
DATE: 12/23/2021 11:28:33 AM

December 23, 2021

801 N. Florida Ave.
2nd Floor
Tampa, FL 33602

RE: Medical Conditions

Dear Judge Scriven:

I write to inform you that I am not receiving adequate medical care in FCI Hazelton. My mother passed away from cancer, and I am informed that it is likely that I will develop cancer. Because of my cancer risk factors, medical professionals in the past have informed me that I should be examined for cancer annually. The last screening I had was in 2018. I have had severe pains in my stomach lately, but medical staff here at FCI Hazelton have not screened me for cancer or even attempted to diagnose my stomach pains.

I thank you in advance for your consideration.

Respectfully,

Cristobal Colomer
USMS No. 76222-004
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525